UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:19 cr 25 |
| Plaintiff, | ) | INFORMATION |
| v. | ) | 18 U.S.C. § 4 |
| JAMES CLINE, | ) | THOMAS M. ROSE |
| Defendant. | ) | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 4]

Between in or around January 2018 and February 2018, in the Southern District of Ohio, defendant **JAMES CLINE**, having knowledge of the actual commission of a felony cognizable by a court of the United States – namely, a conspiracy to distribute controlled substances in violation of Title 21, United States Code, Section 846 – concealed the felony and did not as soon as

Page **1** of **2**

possible make known this felony to some judge or other person in civil or military authority under the United States.

    In violation of Title 18, United States Code, Section 4.

BENJAMIN C. GLASSMAN
United States Attorney

*[signature]*

BRENT G. TABACCHI
Assistant United States Attorney